IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RONALD BALDWIN,
    Plaintiff,

vs.                                                 Case No.:3:14cv157/MCR/MD

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,
    Defendant.
_____

REPORT AND RECOMMENDATION

       Before the court is plaintiff's petition for attorney fees (doc. 20), to which defendant does not object except under conditions as explained below (doc.21).  This court is well aware of the requirements for the award of attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, and, as defendant concedes, the various requirements of that Act have been met here.  Plaintiff is entitled to the award for which he petitions.

       In accordance with the Treasury Offset Program, 31 U.S.C. §§ 3711 and 3716, the government will determine whether plaintiff owes a debt to the United States, and will apply the attorney fees herein against that debt, and if there is any amount left over after the debt is satisfied, the balance will be paid to plaintiff and mailed to plaintiff's attorney.  If there is no debt, the entire amount will be paid to plaintiff's attorney in accordance with the assignment of

*Case No: 3:14cv157/MCR/MD*

fees of record herein..

It is therefore respectfully RECOMMENDED that plaintiff's petition for attorney fees (doc. 20) be granted, and

(1) the Commissioner be directed to pay attorney fees to Nick A. Ortiz, Esq. in the agreed amount of $2,616.60 if there is no debt owing by plaintiff to the United States, but,

2) if there is a debt owing by plaintiff to the United States, the government will act in accordance with 31 U.S.C. §§ 3711 and 3716.

At Pensacola, Florida this 20th day of January, 2016.

/s/ Miles Davis
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. See 11th Cir. Rule 3-1; 28 U.S.C. § 636.