# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

RONALD MAURICE BALDWIN,

    Petitioner,

v.                                              Case No. 3:14cv157/MCR/EMT

CAROLYN W. COLVIN, Acting
Commissioner of the Social Security
Administration,

    Respondent.
_____/

## O R D E R

    This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated January 20, 2016.  ECF No. 22.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.  The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.  Plaintiff's petition for attorney fees is **GRANTED**, and

(1) the Commissioner is directed to pay attorney fees to Nick A. Ortiz, Esq. in the agreed amount of $2,616.60 if there is no debt owing by Plaintiff to the United States, but,

(2) if there is a debt owing by Plaintiff to the United States, the government will act in accordance with 31 U.S.C. §§ 3711 and 3716.

**DONE AND ORDERED** this 22nd day of February, 2016.

s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**